Submitted October 28, 2015, affirmed December 14, 2016, petition for review denied March 23, 2017 (361 Or 240)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DONNA MARIE PATTON,
*Defendant-Appellant.*

Klamath County Circuit Court
1200459CR; A156370

385 P3d 88

Peter Gartlan, Chief Defender, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Flynn, Judge.

PER CURIAM

Affirmed. *State v. Silsby*, 282 Or App 104, 113, 386 P3d 172 (2016).